IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rempson, Alicia

Printed: 7/15/08

Case Number: 07 B 06878
Judge: Hollis, Pamela S
Filed: 4/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 2, 2008
Confirmed: July 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,400.00 |  |
| Secured: |  | 3,001.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,074.00 |
| Trustee Fee: |  | 324.60 |
| Other Funds: |  | 0.00 |
| Totals: | 5,400.00 | 5,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Moulton & Associates | Administrative | 2,074.00 | 2,074.00 |
| 2. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 1,340.38 | 900.00 |
| 5. | Bank Of New York | Secured | 34,934.59 | 2,101.40 |
| 6. | Nordstrom | Unsecured | 713.95 | 0.00 |
| 7. | United Consumer Financial Srv | Unsecured | 531.37 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 491.13 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 2,891.62 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,000.19 | 0.00 |
| 11. | New York & Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 43,977.23 | $ 5,075.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 129.60 |
| 6.5% | 195.00 |
|  | _____ |
|  | $ 324.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rempson, Alicia | Case Number:  07 B 06878 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  4/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

